UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DEBORAH CHERRY

VERSUS

CAROLYN W. COLVIN, COMMISSIONER
OF SOCIAL SECURITY

CIVIL ACTION

NO. 09-479-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated May 12, 2015 (doc. no. 24) to which no objection has been filed.

Therefore, the court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, under sentence four of 42 U.S.C. § 405(g), the final decision of the Commissioner of Social Security Carolyn W. Colvin denying the application for disability income benefits filed by plaintiff Deborah Cherry is AFFIRMED, and this action is DISMISSED.

Baton Rouge, Louisiana, this 17th day of June, 2015.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA